# HellerEhrman LLP

January 9, 2006

Stephen V. Bomse
Stephen.Bomse@hellerehrman.com
Direct +1.415.772.6142
Direct Fax +1.415.772.1723
Main +1.415.772.6000
Fax +1.415.772.6268

The Honorable Maria-Elena James
Magistrate Judge
United States District Court
    for the Northern District of California
450 Golden Gate Avenue, Courtroom B, 15th Floor
San Francisco, CA 94102

Re:   WB Music Corp. v. Alleycorp., Inc., et al., Civ. No. C-05-3650 MEJ

Dear Judge James:

This will confirm that, at my request, my assistant, Mary Macdonald spoke with your Law Clerk, Chris Nathan, on Friday concerning Plaintiff's request for a postponement of the Case Management Conference, which is now scheduled for Thursday, January 12th, in the above-entitled matter.

A settlement has been reached in this case and, once the settlement funds have cleared the bank, we intend to file a dismissal of the action. In order to allow us sufficient time to attend to a few remaining settlement issues, we respectfully request that the Court reschedule the Case Management Conference for a date at least three weeks from this date and convenient to the Court. Once the dismissal is filed with the Court, the Case Management Conference can be taken off calendar.

Thank you for your understanding and assistance.

Respectfully,

Stephen V. Bomse

IT IS SO ORDERED that the Case Management Conference in the above-entitled matter is hereby rescheduled to the following date and time: February 23, 2006 at 10:00 a.m.

The Honorable Maria-Elena James
Magistrate Judge, United States District Court for the Northern District of California

Heller Ehrman LLP   333 Bush Street   San Francisco, CA  94104-2878   www.hellerehrman.com

Anchorage    Beijing    Hong Kong    Los Angeles    Madison, WI    New York    San Diego    **San Francisco**    Seattle
Silicon Valley    Singapore    Washington, D.C.