STEPHEN V. BOMSE (No. 40486)
CATHERINE P. ROSEN (No. 62562)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WB MUSIC CORP., AIN'T NOTHING BUT FUNKIN' MUSIC, MUSIC OF WINDSWEPT, BLOTTER MUSIC, ELVIS MAMBO MUSIC, FAMOUS MUSIC CORPORATION, BYEFALL PRODUCTIONS, INC., VIRGINIA BEACH MUSIC and MASS CONFUSION MUSIC,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ALLEYCORP, INC. and BRUCE LEE CEARLOCK,<br><br>　　　　　　　Defendants. | Case No.:  C 05-3650 MEJ<br><br>**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANTS ALLEYCORP, INC. AND BRUCE LEE CEARLOCK** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a) and pursuant to a Settlement Agreement between Plaintiffs WB Music Corp., et al., and defendants Alleycorp, Inc. and Bruce Lee Cearlock, Plaintiffs voluntarily dismiss the above captioned action with prejudice.

Heller Ehrman LLP

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. C 05-3650 MEJ

| | | |
|---|---|---|
| 1 | Dated: January 26, 2006 | Respectfully submitted, |
| 2 | | HELLER EHRMAN LLP |
| 4 | | By:   /s/                                    |
| 5 | | Catherine P. Rosen |
| 6 | | Attorneys for Plaintiffs |

7  The Clerk of Court shall close the file.

8  IT IS SO ORDERED.

10  Dated: January 27, 2006

11                                                                    na James
                                                                    t Judge

*IT IS SO ORDERED*
*Judge Maria-Elena James*

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)

---

Heller Ehrman LLP

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. C 05-3650 MEJ

1

SF 1230584 v1
1/26/06 2:06 PM (10002.0395)

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. C 05-3650 MEJ

2